UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CAROL MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   1:12-cv-00101-JAW |
| | ) |
| CORIZON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on July 6, 2012 her Recommended Decision.  The Plaintiff filed her objections to the Recommended Decision on July 23, 2012; Defendants Scott Burnheimer, Maine Department of Corrections, and Joseph Ponte filed their waiver of reply to the objections on July 26, 2012.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de</u> <u>novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that Defendants Scott Burnheimer, Maine Department of Corrections, and Joseph Ponte's Motion to Dismiss (Docket # 15) be and hereby is <u>GRANTED</u> with prejudice in both their personal and official capacities.

3. It is further <u>ORDERED</u> that all official capacity claims for monetary damages against the State of Maine, whether brought against Ponte, Burnheimer, or the Maine Department of Corrections, be dismissed with prejudice.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 22nd day of August, 2012