UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CAROL MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-00101-JAW |
| | ) | |
| CORIZON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on October 24, 2012 her Recommended Decision (ECF No. 52). The Plaintiff filed her objections to the Recommended Decision on November 7, 2012 (ECF No. 53); Defendants Corizon, Rich Hallworth, Hope LeBlanc, Praveen Pavuluru, Larry Rudzinsky, Stockwell, and Kent Topel filed their response to those objections on November 26, 2012 (ECF No. 55). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further <u>ORDERED</u> that the Corizon Defendants' Motion to Dismiss (ECF No. 28) be and hereby is <u>GRANTED IN PART</u> and the Plaintiff's claims with respect to tuberculosis testing, osteoporosis treatment, the food tray medical slip, food allergy treatment, asthma treatment, and access to over-the-counter medications are dismissed with prejudice.

3. It is further <u>ORDERED</u> that the claims against Defendant Rich Hallworth, Dr. Stockwell (food allergies / asthma / osteoporosis), Hope LeBlanc (tuberculosis / food allergies / osteoporosis), and Larry Rudzinsky (tuberculosis) are dismissed with prejudice. Defendants Corizon, Ken Topel, and Dr. Praveen Pavulura will remain in the case.

SO ORDERED.

    /s/ John A. Woodcock, Jr.
    JOHN A. WOODCOCK, JR.
    CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of December, 2012