UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| CAROL MURPHY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-00101-JAW |
| | ) | |
| CORIZON, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On May 12, 2014, the Magistrate Judge issued a recommended decision, recommending that this Court grant the Corizon Defendants' Motion for Summary Judgment (ECF No. 110). *Recommended Decision on Mot. for Summ. J.* (ECF No. 120). The Recommended Decision placed Ms. Murphy on notice that if she wished to object to the Recommended Decision, she must file objections within fourteen days of being served with the Recommended Decision. *Id.* at 12. It is now June 17, 2014 and Ms. Murphy has not filed an objection. The Court therefore concludes that she has waived any right to object to the recommendation contained in the Recommended Decision. Furthermore, the Court has performed a de novo review of the decision and concurs with the recommendations for the reasons set forth in detail in the Recommended Decision. The Court therefore ORDERS that the Recommended Decision of the Magistrate Judge is AFFIRMED and the Court GRANTS the Corizon Defendants' Motion for Summary Judgment (ECF No. 110). Judgment shall issue in

favor of Corizon, Inc., Dr. Parveen Pavuluru, and Kenn Topel and against Plaintiff Carol Murphy.

It is further ORDERED that Plaintiff's Notification of Removal (ECF No. 118) be and hereby is STRICKEN.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 17th day of June, 2014